# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

January 3, 2018

155527

TYANN SHELTON,
       Plaintiff-Appellee,

and

DWAYNE WILLIAMS,
       Plaintiff,

and

MICHIGAN CRNAS STAFFING, LLC,
       Intervening Plaintiff,

v

AUTO-OWNERS INSURANCE COMPANY,
       Defendant-Appellant.
_____/

SC: 155527
COA: 328473
Wayne CC: 13-010612-NF

On order of the Court, the application for leave to appeal the February 14, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



Clerk

d1220